1  Anoush Hakimi (State Bar No. 228858)
2  *anoush@handslawgroup.com*
   Peter Shahriari (State Bar No. 237074)
3  *peter@handslawgroup.com*
4  **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
   7080 Hollywood Blvd., Suite 804
5  Los Angeles, California 90028
   Telephone: (323) 672 – 8281
6  Facsimile: (213) 402 – 2170
7
8  Attorneys for Plaintiffs and the Proposed Class

9
10                    **UNITED STATES DISTRICT COURT**
11                    **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| **AMBER MACHOWSKI**, DEBRA GRANT, WILLIAM BERRY, RUBEN BOBADILLA, ANTHONY SMITH, YALDA SAFFIEH SHARIATI, each individually, and on behalf of all others similarly situated, | Case No.: 2:19−cv−01014−JAK−MRW |
| | Honorable John A. Kronstadt |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **BIRD RIDES, INC.,** a Delaware corporation; NEUTRON HOLDINGS, INC., a Delaware corporation; UBER TECHNOLOGIES, INC., a Delaware corporation; WHEEL LABS, INC., a Delaware corporation; CULVER CITY, a public entity; CITY OF LONG BEACH, a public entity; CITY OF RIVERSIDE, a public entity; CITY OF ANAHEIM, a public entity; CITY OF GARDEN GROVE, a public entity; and DOES 1-10, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Amber Machowski, Debra Grant, William Berry, Ruben Bobadilla, Precious Smith, as the Personal Representative for the Estate of Anthony T. Smith, Sr., and Yalda Saffieh Shariati ("Plaintiffs"), and Defendants Neutron Holdings, Inc., Bird Rides, Inc., the City of Culver City and the City of Long Beach (together, the "Dismissed Defendants"), hereby stipulate to the voluntary dismissal with prejudice of all of Plaintiffs' claims against the Dismissed Defendant, with each party to bear his, her, or its own attorneys' fees, costs and expenses.

Dated:  September 21, 2021

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | KEMP JONES, LLP |
| */s/Anne Marie Estevez* <br> Anne Marie Estevez <br> 200 S. Biscayne Boulevard, Suite 5300 <br> Miami, FL 33131 <br> T: (305) 415-3330 <br> F: (305) 415-3001 <br> annemarie.estevez@morganlewis.com <br><br> *Counsel for Defendant* <br> *Neutron Holdings, Inc.* | */s/ Spencer H. Gunnerson* <br> Spencer H. Gunnerson <br> 3800 Howard Hughes Parkway, 17th Floor <br> Las Vegas, NV 89169 <br> T: (702) 385-6000 <br> F: (702) 385-6001 <br> s.gunnerson@kempjones.com <br><br> *Counsel for Plaintiffs Amber Machowski, Debra Grant, William Berry, Ruben Bobadilla, Precious Smith, as the Personal Representative for the Estate of Anthony T. Smith, Sr., and Yalda Saffieh Shariati* |

| MAYER BROWN LLP | TALLEY & TALLEY LAW, APC |
|---|---|
| /s/ Bronwyn F. Pollock | /s/ Cristina L. Talley |
| Bronwyn F. Pollock | Cristina L. Talley (SBN 107298) |
| 350 S. Grand Avenue, 25th Floor | 23461 South Pointe Drive, Suite 130 |
| Los Angeles, CA 90071 | Laguna Hills, CA 92653 |
| T: (213) 229-9500 | T: 949.216.5189 |
| F: (213) 625-0248 | F: 949.269.7873 |
| bpollock@mayerbrown.com | ctalley@talleylawyers.com |
| *Counsel for Defendant Bird Rides, Inc.* | *Counsel for Defendants City of Culver City and the City of Long Beach* |

### Local Rule 5.4.3.4(a)(2) Certification

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

                    /s/ Spencer H. Gunnerson