UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-01014 JAK (MRWx) | Date | September 29, 2021 |
|---|---|---|---|
| Title | Amber Machowski et al v. Bird Rides, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE**  JS-6

In light of Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Dkt. 208) and Notice of Errata (Dkt. 209), the Court orders the case dismissed in its entirety without prejudice and vacates all deadlines and dates.

**IT IS SO ORDERED.**

|   | : |   |
|---|---|---|
| Initials of Preparer | TJ | |