**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMBER MACHOWSKI, DEBRA GRANT, WILLIAM BERRY, RUBEN BOBADILLA, PRECIOUS SMITH, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF ANTHONY T. SMITH, YALDA SAFFIEH SHARIATI, each individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRD RIDES, INC.; a Delaware corporation, NEUTRON HOLDINGS, INC., a Delaware corporation; UBER TECHNOLOGIES, INC., a Delaware corporation; WHEEL LABS, INC., a Delaware Corporation; CULVER CITY, a public entity; CITY OF LONG BEACH, a public entity; CITY OF RIVERSIDE, a public entity; CITY OF ANAHEIM, a public entity; CITY OF GARDEN GROVE, a public entity; and DOES 1-10,<br><br>Defendants. | No. 2:19-cv-01014-JAK-MRW<br><br>**ORDER RE JOINT MOTION TO CLARIFY DISMISSAL ORDER (DKT. 211)** |

1  Based on a review of the parties' Joint Motion to Clarify Dismissal Order
2  (the "Motion" (Dkt. 211)), sufficient good cause has been shown for the requested
3  relief. Therefore, the relief requested in the Motion is **GRANTED**. All claims
4  against Defendants Uber Technologies, Inc., Neutron Holdings, Inc., Bird Rides,
5  Inc., the City of Culver City, and the City of Long Beach are **DISMISSED WITH**
6  **PREJUDICE**.  The case remains closed.

**IT IS SO ORDERED**.

Dated: October 15, 2021

John A. Kronstadt
United States District Judge